**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO. 8:07-cv-01914-RAL-TBM**

HURRICANE SHOOTERS, LLC,

    Plaintiff,

v.

McNAUGHTON, INCORPORATED,
a/k/a McNAUGHTON, INC., LINGO,
INC., BOMBSHELLS, LLC, BY GEORGE,
LLC, BARPRODUCTS.COM, INC., SUN
TZU CORP., and CANTINA BAR
PRODUCTS, INC.,

    Defendants.
_____/

**DEFENDANT BARPRODUCTS.COM, INC'S MOTION FOR SUBSTITUTION**
**OF COUNSEL AND WITHDRAWAL OF COUNSEL**

Defendant Barproducts.com, Inc. ("Barproducts"), pursuant to Local Rule 2.03 of the United States District Court for the Middle District of Florida, by and through undersigned counsel, moves for an Order allowing the substitution of the firm of MartenyLaw, PLLC, and relieving Squire, Sanders & Dempsey L.L.P. from all further duties and responsibilities in this action on behalf of Barproducts. Suzette M. Marteny, the attorney of record for Barproducts, has moved to MartenyLaw, PLLC, where she will continue to represent Barproducts. Barproducts further states:

    1.    The law firm of Squire, Sanders & Dempsey L.L.P. consents to this substitution of counsel.

2. Barproducts is aware of this motion and has authorized substituted counsel MartenyLaw, PLLC to seek the relief requested on its behalf.

3. The substitution of counsel will not result in prejudice to any party and will cause no delay to these proceedings.

## MEMORANDUM OF LAW

Local Rule 2.03, Middle District of Florida, provides that no attorney, having made a general appearance, shall withdraw as counsel except by leave of court after notice given to the affected party and opposing counsel. Barproducts requests that the law firm of Squire, Sanders & Dempsey L.L.P. be permitted to withdraw as counsel for Barproducts. Plaintiff's counsel as been duly notified of the substitution. Accordingly, entry of an order permitting substitution of counsel on or after the date of service hereof will satisfy requirements of Local Rule 2.03.

## LOCAL RULE 3.01 CERTIFICATION

As required by Local Rule 3.01(g), undersigned counsel Suzette M. Marteny conferred with Fred E. Moore, counsel for Plaintiff, who indicated that he does not oppose this motion.

WHEREFORE, Defendant Barproducts.com, Inc. ("Barproducts") respectfully requests the entry of an order (i) permitting substitution of the law firm of MartenyLaw, PLLC as counsel of record for Barproducts, and (ii) permitting the withdrawal of Squire, Sanders & Dempsey L.L.P. as counsel for Barproducts.

Respectfully submitted,

Dated:  March 6, 2009

| | |
|---|---|
| */s/ Suzette M. Marteny* | */s/ Joseph D. Edwards* |
| Suzette M. Marteny | Joseph D. Edwards |
| Florida Bar No. 668591 | Florida Bar No. 151069 |
| Email:  suzi@martenylaw.com | Email: jedwards@ssd.com |
| MARTENYLAW, PLLC | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| 5813 S. MacDill Ave. | One Tampa City Center |
| Tampa, FL 33611 | 201 N. Franklin Street, Suite 2100 |
| Telephone:  813.837.4000 | Tampa, FL  33602-5164 |
| Facsimile:  813.321.8700 | Telephone:  813.202.1300 |
| | Facsimile:  813.202.1313 |
| ***Substituted Counsel for Barproducts.com, Inc.*** | ***Withdrawing Counsel for Barproducts.com, Inc.*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pre se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

| | |
|---|---|
| Fred E. Moore<br>Blalock, Landers, Walters & Vogler, P.A.<br>802 11th Street W.<br>P.O. Box 469<br>Bradenton, FL  34206<br>Email:  fmoore@blalockwalters.com<br>*Attorney for Plaintiff* | John E. Curtin<br>Capitol Patent & Trademark Law Firm, PLLC<br>P.O. Box 1995<br>Vienna, VA  33183<br>E-mail:  jcurtin@cappat.com<br>*Attorney for Plaintiff* |
| Michele L. Mayberry<br>Latimer, Mayberry & Matthews<br>Intellectual Property Law, LLP<br>1750 Kraft Drive, Suite 1190<br>Blacksburg, VA  24060<br>Email: michele.mayberry@latimerIP.com<br>*Attorney for Plaintiff* | Robert A. Matthews, Jr.<br>Latimer, Mayberry & Matthews<br>Intellectual Property Law, LLP<br>1750 Kraft Drive, Suite 1190<br>Blacksburg, VA  24060<br>Email: robert.matthews@latimerIP.com<br>*Attorney for Plaintiff* |
| Sheldon D. Stevens<br>Sheldon D. Stevens, P.A.<br>160 McLeod Street<br>Merritt Island, FL  32953<br>E-mail:  sstevens@stevenspa.com<br>*Attorney for Lingo, Inc.* | Christopher E. Blank<br>Hiscock & Barclay, LLP<br>2000 HSBC Plaza<br>100 Chestnut Street<br>Rochester, NY  14604<br>*Attorney for Sun Tzu Corp*. |
| Leslie Sluga<br>Polacek & Ames, S.C.<br>631 Cedar Street<br>P.O. Box 328<br>Wisconsin Dells, WI  53965-0328<br>*Attorney for Bombshells, LLC* | Amanda H. Wilcox<br>Hahn, Loeser & Parks, LLP<br>200 Public Square, Suite 2800<br>Cleveland, OH  44114-2316<br>Email:  ahwilcox@hahnlaw.com<br>*Attorney for George, LLC* |

| | |
|---|---|
| Michael J. Garvin<br>Hahn, Loeser & Parks, LLP<br>200 Public Square, Suite 2800<br>Cleveland, OH  44114-2316<br>Email:  mjgarvin@hahnlaw.com<br>*Attorney for George, LLC* | Kevin P. Fularczyk<br>Garvin & Tripp PA<br>2532 E First Street<br>Ft. Myers, FL  33902<br>Email:  kfularczyk@hahnlaw.com<br>*Attorney for George, LLC* |

    */s/ Suzette M. Marteny*
Suzette M. Marteny

TAMPA/101468.1